[No. 43239-7-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07498-5, Deborah Fleck, J., entered July 29, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43251-6-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BLANCHARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03390-0, Patricia Clark, J., entered October 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43335-1-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. TANDECKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00624-9, Harriett M. Cody, J., entered September 8, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43414-4-I.    Division One.    August 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID THOMPSON, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00302-1, Michael E. Rickert, J., entered September 4, 1998. *Remanded* by unpublished per curiam opinion.